No. 93–6662. COLE v. HOUSTON, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–6664. STOKES ET UX. v. VILLAGE OF WURTSBORO ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–6670. ANDRADE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6673. FITE v. CANTRELL ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–6674. BEAUFORD v. RABA ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–6679. HARRIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–6684. MCIVER v. OREGON. Ct. App. Ore. Certiorari denied.

No. 93–6686. HILL v. SCHOUBROEK ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–6688. BURKE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6689. DISMUKES v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–6690. SCHRODER v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 93–6691. ALLEN v. GALLAGHER. C. A. 9th Cir. Certiorari denied.

No. 93–6694. HAMPTON v. GUARANTEE TRUST LIFE INSURANCE CO. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 93–6695. GUMPL v. BOST ET AL. Ct. App. Ohio, Warren County. Certiorari denied.